IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02080-MSK-KLM

BRUCE KUTSCHARA,

 Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

 Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

 This matter is before the Court on **Defendant's Contested Motion for Leave of Court to Amend Its Answer to Plaintiff's Complaint and Jury Demand** [Docket No. 10; Filed November 23, 2011] (the "Motion").

 IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Although Defendant represents that Plaintiff opposes the relief requested, no response was timely filed, and the deadline for joinder of parties and amendment of pleadings is set as January 16, 2012. Thus, pursuant to Rule 15(a)(2), the Court directs the Clerk of Court to enter the Amended Answer located at Docket No. 10-4.

 Dated: December 30, 2011