**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| **Civil Action No.: 11-cv-02080-MSK-KLM** | **FTR** - Reporter Deck - Courtroom C-204<br>Byron G. Rogers United States Courthouse |
| **Date: February 16, 2012** | Courtroom Deputy, Monique Wiles |

BRUCE KUTSCHARA                    Thomas Geng

    **Plaintiff(s),**

v.

BNSF RAILWAY COMPANY              Bree A. Gorynski

    **Defendant(s).**

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING: TELEPHONIC DISCOVERY HEARING**
**Court in session: 1:27 p.m.**
Court calls case. Telephonic appearance of counsel.

This matter is before the Court regarding **Defendant's Motion to Compel Response to Defendant's First Set of Interrogatories to Plaintiff and First Set of Requests for Production of Documents to Plaintiff [Doc. No. 25, filed 2/6/2012].**

Counsel provide the background and basis of the discovery dispute. For reasons stated on the record,

**It is ORDERED:**      Defendant's Motion to Compel Response to Defendant's First Set of Interrogatories to Plaintiff and First Set of Requests for Production of Documents to Plaintiff [Doc. No. 25, filed 2/6/2012] is **DENIED AS MOOT.**

The Court advised counsel about conferring in the future.

HEARING CONCLUDED.

**Court in recess: 1:35 p.m.**
Total In-Court Time: 8 minutes
To order a transcript of this hearing, please contact Avery Woods Reporting (303)825-6119.